Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
ROBBIE HURTADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| ROBBIE HURTADO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KIRBY PETROLEUM INC., a California corporation; and Does 1-10, <br><br> Defendants. | CASE NO.: 3:22-cv-00303-AGT <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. Alex G. Tse <br> Trial Date: Not on Calendar |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: June 15, 2022   **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Robbie Hurtado

DATED:  June 15, 2022   **VAUGHAN & ASSOCIATES LAW OFFICE, APC**

By:   */s/ Cris C. Vaughan*
Cris C. Vaughan, Esq.
Attorney for Defendant, Kirby Petroleum Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Robbie Hurtado