1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE HURTADO, an individual, | Case No.: 3:22-cv-00303-AGT |
| Plaintiff, | *Hon. Alex G. Tse* |
| v. | |
| KIRBY PETROLEUM INC., a California corporation; and Does 1-10, | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | Action Filed: January 14, 2022<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Robbie Hurtado's action against Defendant Kirby Petroleum Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 5, 2022

Hon. Alex G. Tse
United States District Judge